UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLAUDIA RAMIREZ JOYA a/k/a CLAUDIA J. RAMIREZ, individually and d/b/a TAQUERIA AGAVE, <br><br> Defendants. | No. 2:14-cv-02005-GEB-CKD <br><br> **ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

      This case is not ready to be scheduled. Plaintiff states in its December 29, 2014 Status Report ("SR") that Defendant "has not yet been served initiating suit papers." (SR 2:18-19, ECF No. 7.) However, Plaintiff filed a proof of service on January 3, 2014, (ECF No. 8), which indicates Defendant was served on December 19, 2014. Defendant has not yet appeared, and it is unknown what steps Plaintiff intends to take to prosecute this action.

      Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 26, 2015, is continued to February 23, 2015, at 9:00 a.m. A further status report shall be filed no later than fourteen (14) days prior to the Status

1

Conference, in which Plaintiff shall address how it intends to prosecute this action.

IT IS SO ORDERED.

Dated: January 22, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge