UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 2:14-cv-2005 GEB CKD |
| Plaintiff, | |
| v. | ORDER |
| CLAUDIA RAMIREZ JOYA, | |
| Defendant. | |

Calendared for hearing on April 15, 2015 is plaintiff's motion for default judgment. Defendant has now filed an answer. Under these circumstances, entry of default judgment is inappropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The entry of default (ECF No. 12) is vacated.

2. The April 15, 2015 hearing is vacated.

3. The motion for default judgment (ECF No. 15) is denied without prejudice.

Dated: March 13, 2015

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 j&jsports-ramirez.def.den